# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RUSSELL SCOTT SHICK, PRO SE
LINDA DIANNE SHICK,

        Appellants

        v.

JOHN E. WETZEL, SECRETARY, PA
DEPARTMENT OF CORRECTIONS,
TREVOR WINGARD,
SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT
SOMERSET, LAUREL HARRY,
SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT
CAMP HILL, MICHAEL R. CLARK,
SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT
ALBION

        Appellees

: No. 32 WAP 2017

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2017, the Notice of Appeal is quashed.